IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| STEPHANIE FULKERSON, | : | |
| Plaintiff, | | |
| v. | : | Case No. 3:13-cv-130 |
| YASKAWA AMERICA, INC., | | JUDGE WALTER H. RICE |
| Defendant. | : | |

DECISION AND ENTRY SUSTAINING DEFENDANT YASKAWA AMERICA, INC.'S UNOPPOSED SUPPLEMENTAL MOTION FOR ATTORNEY FEES (DOC. #109); AWARDING DEFENDANT AN ADDITIONAL $3,150.00 IN ATTORNEY FEES; SETTING CONFERENCE CALL FOR APRIL 1, 2016

This matter is currently before the Court on Defendant Yaskawa America, Inc.'s, Supplemental Motion for Attorney Fees, Doc. #109. Defendant seeks an additional $3,150.00 in attorney fees for expenses incurred in connection with its motion for attorney fees and costs. Plaintiff has not filed a response in opposition within the time allotted in the Court's March 7, 2016, Decision and Entry, Doc. #108.

Defendant's motion is supported by the declaration of attorney Doreen Canton, and by billing records which indicate that counsel for Defendant expended 15.25 hours in connection with Defendant's motion for attorney fees and costs. Doc. #109-1. The Court finds that these hours were reasonably expended. The

Court has previously approved hourly rates of $250 for Ms. Canton, and $200 for Mr. Priestle, and finds that the supplemental fee request of $3,150.00 is reasonable.

The Court therefore SUSTAINS Defendant's unopposed Supplemental Motion for Attorney Fees, Doc. #109, and awards Defendant $3,150.00 in attorney fees.  This is in addition to the $37,507.50 in attorney fees and $1,579.25 in costs awarded to Defendant on March 7, 2016.

A summary of the funds due to each party is as follows:

| | |
|---|---|
| **To Plaintiff:** | |
| Jury Award | $ 2,739.00 |
| Liquidated Damages | $ 2,739.00 |
| Attorney Fees | $48,571.43 |
| Costs | $ 2,813.59 |
| **Total:** | **$56,863.02** |
| | |
| **To Defendant:** | |
| Attorney Fees | $40,657.50 |
| Costs | $ 1,579.25 |
| **Total:** | **$42,236.75** |
| | |
| **Net to Plaintiff:** | **$14,626.27** |

The Court will hold a conference call on April 1, 2016, at 2:30 p.m. to discuss the distribution of the funds that Plaintiff has deposited in the escrow account with the Clerk of Court.  In the meantime, by separate entry, the Court will enter final Judgment in favor of Plaintiff.

2

Date: March 21, 2016

*(signature)*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE