AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Stephanie Fulkerson<br>*Plaintiff*<br>v.<br>Yaskawa America Inc.<br>*Defendant* | )<br>)<br>)  Civil Action No. 3:13-cv-130<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** See Attached Page 2

This action was *(check one)*:

☑ tried by a jury with Judge  Rice  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:  3/21/2016

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| STEPHANIE FULKERSON, | : | |
| | : | |
| Plaintiff, | | Case No. 3:13-cv-130 |
| vs. | : | |
| YASKAWA AMERICA, INC. | : | |
| Defendant. | : | |

Judgment is entered in favor of the plaintiff Stephanie Fulkerson and against the defendant Yaskawa America, Inc., in the amount of $5,478.00 (a jury award of $2,739.00, plus an equal amount in liquidated damages). Pursuant to 29 U.S.C. § 216(b), the Court also awards Plaintiff $48,571.43 in attorney fees and $2,813.59 in costs. Accordingly, Plaintiff's total award is $56,863.02.

Given that the Court has awarded liquidated damages, pre-judgment interest is not recoverable. *See Elwell v. Univ. Hosps. Home Care Servs.*, 276 F.3d 832, 841-42 (6th Cir. 2002). Post-judgment interest, if any, will be awarded in accordance with 28 U.S.C. § 1961.

The Court has awarded Defendant $40,657.50 in attorney fees and $1,579.25 in costs attributable to the delay in trial. Plaintiff's net judgment is therefore $14,626.27.